MARIA KEATING, as Administratrix of the Estate of JOHN KEATING, Deceased, Appellant, *v.* MANHATTAN RAILWAY COMPANY, Respondent.

*Keating* v. *Manhattan Ry. Co.*, 110 App. Div. 108, appeal withdrawn. (Submitted December 17, 1906; decided December 21, 1906.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1906, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made upon the ground that the appeal was improvidently taken.

*Reno R. Billington* for motion.

*Charles A. Gardiner* opposed.

Motion granted, without costs.